# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  CV 14-3302-WDK (PLAx)                                                          Date  March 9, 2015

Title:   J & J Sports Productions, Inc. v.  Cirino G. Melero

---

PRESENT: THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**    (ORDER TO SHOW CAUSE)

By Order dated August 5, 2014, the parties were advised that a mediation must be concluded no later than May 4, 2015.  On August 25, 2014, a Notice of Mediation Date was filed advising the parties that a mediation was scheduled for Friday, March 6, 2015, at 12:00 p.m.  A Mediation Report was filed on March 6, 2015, by the ADR Director, indicating that neither defendant nor defendant's representative appeared at the scheduled mediation.  Accordingly, **defendant and defendant's counsel are ordered to show cause, no later than March 16, 2015, why monetary sanctions should not be imposed for failure to comply with this Court's August 5, 2014, Order**.

cc:    Hon. William D. Keller
       Gail Killefer, ADR Coordinator
       Counsel of record

Initials of Deputy Clerk   ch

CV-90 (10/98)                                          CIVIL  MINUTES  -  GENERAL